In the Matter of MYRTIL HARF, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

 In the Matter of the Claim of ANNE FALKENSTEIN, Respondent, against VICTORY STATIONERY COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, with $10 costs to respondent, Workmen's Compensation Board. Application by the Attorney-General for the imposition of maximum costs and to increase the award herein on the ground that the appeal was not upon meritorious grounds within section 23 of the Workmen's Compensation Law denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.